# WARRANT FOR ARREST

19624905

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: CR-10-245 | MAGIS. NO: |
| UN- SEALED v. FILED<br>Shannon L. Wren,<br>and, Stephanie A. McCloskey<br>SEP 28 2010<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia<br><br>DOB: 3/17/72   PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Stephanie A. McCloskey<br>2092 Whitney Place North<br>Clearwater, FL 33760   UNSEALED<br><br>**UNDER SEAL** | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

- Conspiracy;
- Trafficking in Counterfeit Goods or Services;
- Mail Fraud;
- Aiding and Abetting Causing an Act to be Done;
- Criminal Forfeiture.

RECEIVED USMS INVESTIGATIONS 2010 SEP -9 P 4:00

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18 U.S.C. § 371; 18 U.S.C. § 2320; 18 U.S.C. § 1341; 18 U.S.C. § 2; 18 U.S.C. § 2323(a) and (b), 28 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c). | |
|---|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY:<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | DATE ISSUED:<br>SEP 0 8 2010 |
| CLERK OF COURT:<br>Angela D. Caesar | BY DEPUTY CLERK | DATE:<br>SEP 0 8 2010 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 09-09-10 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 09-28-10 | JAMES D. CALLAHAN, SDUSM 5840 | |
| HIDTA CASE: Yes   No X | | OCDETF CASE:   Yes   No X |